JOHN O. COFF, Appellant, v. LUCILLE COFF, Respondent.— Order affirmed,

with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.